# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## ORDER RELATING CASES AND STAYING ACTION

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

    19-cv-00764-BLF
    Chugh v. Oracle Corporation

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 19-cv-02448-JD | City of Providence v. Ellison | X | |

## ORDER

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

A stipulation in the earlier-filed action (*Chugh v. Oracle Corporation*, 19-cv-00764) stayed the earlier-filed action and provides that "the terms of th[e] Stipulation[] shall apply to shareholder derivative actions later instituted in, or transferred to, this Court that involve similar or related claims, or that are otherwise deemed related to this Derivative Action." *See* Order to Stay Derivative Action ¶ 4, ECF 32 in 19-cv-00764.

The more-recently filed action (*City of Providence v. Ellison*, 19-cv-02448) is covered by this provision of the Stipulation. Accordingly, the more-recently filed action is hereby **STAYED** in accordance with the terms of the Order to Stay Derivative Action, ECF 32 in 19-cv-00764.

Dated: **June 4, 2019**

By: /s/ Beth Labson Freeman
Beth Labson Freeman
United States District Judge